**EXHIBIT A**

RECEIVED

JAN 2 2.18

CBS - PITTSBURGH
LITIGATION



By: Edward M. Nass
E-mail: emnass@ncblawfirm.com
Identification No. 34588
**NASS CANCELLIERE BRENNER**
1515 Market Street, Suite 2000
Philadelphia, PA 19102
(215) 546-8200

**Attorneys for Plaintiff,**

**ASSESSMENT OF DAMAGES HEARING
IS REQUIRED
NON-JURY**

KENNETH E. BRADLEY and KATHLEEN
BRADLEY, h/w
956 Shackamoxon Street
Philadelphia, PA 19125

vs.

HONEYWELL INTERNATIONAL, INC., as
successor in interest to Allied Signal, Inc., as successor
in interest to Bendix Corporation
Columbia Road & Park Avenue
Morristown, NJ 07960 (CONT'D)

COURT OF COMMON PLEAS
PHILADELPHIA COUNTY

Dec TERM, 2017
NO. 3217

**CIVIL ACTION - COMPLAINT**
(Personal Injury - 2090 Asbestos)
**NOTICE TO DEFEND**

**NOTICE**

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

*You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find our where you can get legal help.*

Philadelphia Bar Association
Lawyer Referral and Information Service
One Reading Center
Philadelphia, Pennsylvania 19107
(215) 238-6333

**AVISO**

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas espuestas en las paginas siguientes, usted tiene veinte (20) disa de plazo el partir de la fecha de la demanda y la notificacion. Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perer dinero o sus propiedades u otros derechos importantes para usted.

*Lleva esta demanda a un abogado inmediatamente. Si no tiene abogado o si no tiene el dinero suficiente de pagartal servicio. Vaya en persona o llame por telefono a la oficina cuya direccion se encuentra escrita abajo para averiguar donde se puede conseguir asistencia legal.*

Asociacion de Licenciadosde Filadelfia
Servicio de Referencia e Informacion Legal
One Reading Center
Filadelfia, Pennsylvania 19107

Case ID: 171203217

Aurora Pump
13320 Ballantyne Corporate Place
Charlotte, NC 28277
Attention: Lynette Jones

A.W. Chesterton, Inc.
860 Salem Street
Groveland, MA 01834

Bayer Cropscience, as successor to AMCHEM Products, Inc. (Benjamin Foster Division)
2 TW Alexander Drive
Research Triangle Park, NC 27709

Borg Warner Morse TEC LLC, as successor-by-merger to Borg-Warner Corporation
CT Corporation
1209 Orange Street
Wilmington, Delaware 19801

Bridgestone /Firestone North American Tire, LLC
successor to Bridgestone/Firestone
535 Marriott Drive
Nashville, TN 37214

Air and Liquid Systems Corp, as successor by merger to Buffalo Pumps, Inc.
c/o C.T. Corporation
600 N. 2nd Street, Suite 401
Harrisburg, PA 17101

Carlisle Corp.
c/o Prentice Hall Corp.
2595 Interstate Drive, Suite 103
Harrisburg, PA 17110

Carrier Corporation
Carrier Parkway
P.O. Box 4808
Syracuse, NY 13221

Certain-Teed Corporation
20 Moores Road
Malvern, PA 19355

Copes Vulcan
Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Crosby Valve LLC
55 Cabot Boulevard
Mansfield, MA 02048

Dana Companies, LLC, sued individually and as successor-in-interest to Victor Gasket Manufacturing Co.
900 West South Boundary Street
Building 8, Suite A
Perrysburg, OH 43551

DAP, Inc.
2400 Boston Street, Suite 200
Baltimore, MD 21224

Dreyer Company
124 S. York Road
Hatboro, PA 19040

Durametallic Corporation
2104 Factory Street
Kalamazoo, MI 49001

Federal-Mogul Asbestos Personal Injury Trust, as successor to Felt Products Manufacturing Company
c/o Wilmington Trust SP Services, Inc.
1105 N. Market Street, Suite 1300
Wilmington, DE 19801

Ford Motor Company
c/o C.T. Corporation Systems
600 N. 2nd Street, Suite 401
Harrisburg, PA 17101

Foster Wheeler LLC
Perryville Corporate Park
Clinton, NJ 08809-4000

General Electric Co.
41 Farnsworth Street
Boston, MA 02210

Case ID: 171203217

Genuine Parts Co.
c/o C.T. Corporation Systems
600 N. 2nd Street, Suite 401
Harrisburg, PA 17101

Goulds Pumps Inc., n/k/a Goulds Pumps LLC
240 Fall Street
Seneca, NY 13148

Greene, Tweed & Co.
c/o Greene, Tweed NC, LLC
227 West Trade Street, Suite 2170
Charlotte, NC 28202

IMO Industries, Inc., individually, and as successor to DeLaval Steam Turbine Company
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

Ingersoll-Rand Company
Corporate Center
One Centennial Avenue
Piscataway, NJ 08854

John Crane, Inc., f/k/a Crane Packing Company
6400 W. Oakton Street
Morton Grove, IL 60053

Kelsey Hayes Co.
12001 Tech Center Drive
Livonia, MI 48150-1332

Keeler/Dorr-Oliver Boiler Co.
c/o Walter S. Jenkins, Esquire
Three Logan Square
1717 Arch Street, Suite 3710
Philadelphia, PA 19103-2832

Arvin Meritor, Inc., as successor in interest to former automotive products division of Rockwell International Corporation
2135 West Maple Road
Troy, MI 48084

Metallo Gasket Company
16 Bethany Street
New Brunswick, NJ 08903

Metropolitan Life Insurance Co.
200 Park Avenue
New York, NY 10166

Milwaukee Valve Company
16550 West Stratton Drive
New Berlin, WI 53151-7301

Pecora Corporation
165 Wambold Road
Harleysville, PA 19438

Pep Boys
c/o Jennifer W. Darger, Esq.
Darger Errante Yavitz & Blau LLP
116 East 27th Street at Park Avenue
12th Floor
New York, New York 10016

Pneumo-Abex Corp., successor in interest to Abex Corporation
c/o Prentice Hall Corp. System
2595 Interstate Drive, Suite 103
Harrisburg, PA 17110

Trane US Inc., f/k/a American Standard, Inc.
One Centennial Avenue
Piscataway, NJ 08855

Union Carbide Corporation
c/o C.T. Corporation Systems
600 N. 2nd Street, Suite 401
Harrisburg, PA 17101

Warren Pumps LLC
82 Bridges Avenue
Warren, MA 01083

CBS Corporation, a Delaware Corporation, f/k/a Viacom Inc. successor by merger to CBS Corp., as Pennsylvania Corporation, f/k/a Westinghouse Electric Corp.
20 Stanwix Street
Pittsburgh, PA 15222

Case ID: 171203217

| | |
|---|---|
| By:   Edward M. Nass<br>E-mail: mailto:emnass@hbnpclaw.com<br>Identification No. 34588<br>**NASS CANCELLIERE BRENNER**<br>**1515 Market Street, Suite 2000**<br>**Philadelphia, PA  19102**<br>**(215) 546-8200** | **Attorneys for Plaintiff,**<br><br>**ASSESSMENT OF DAMAGES**<br>**HEARING IS REQUIRED**<br>**NON-JURY** |

| | |
|---|---|
| KENNETH E. BRADLEY and KATHLEEN<br>BRADLEY, h/w<br>956 Shackamoxon Street<br>Philadelphia, PA  19125<br><br>vs.<br><br>HONEYWELL INTERNATIONAL, INC., as<br>successor in interest to Allied Signal, Inc., as successor<br>in interest to Bendix Corporation<br>Columbia Road & Park Avenue<br>Morristown, NJ 07960 (CONT'D) | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br><br>TERM,<br>NO. |

## SHORT FORM COMPLAINT

Plaintiff incorporates by reference Plaintiff's Master Long Form Complaint In Re: Asbestos Litigation in Philadelphia Court of Common Pleas, filed as of October Term, 1986, No. 8610-0001. Pursuant to an Order dated July 30, 1986 and signed by the Honorable Richard B. Klein and the Honorable Edward J. Blake the following Short Form Complaint is utilized in this asbestos action.

Case ID: 171203217

1. This Complaint involves the claims for the following persons:

(a) Plaintiff

   Name:    Kenneth E. Bradley

   Address: 956 Shackamoxon Street
            Philadelphia, PA 19125

   Social Security Number:   XXX-XX-7634

   Date of Birth:    10/15/1951

(b) Spouse:   Kathleen Bradley

2. The Defendants are those companies identified in the caption of this Complaint.

3. Plaintiff's employment history is as follows:

   Employer:   U.S. Army
   Years:      1971 - 1975
   Job Title:  Motor Pool

   Employer:   Philadelphia Naval Shipyard
   Years:      1975 - 1996
   Job Title:  Laborer, Shipfitter, Manager

   Employer:   Sunoco Gas Station Franchise
   Years:      1996 - 1998
   Job Title:  Owner, Operator

   Employer:   Philadelphia Water Department
   Years:      2001 - 2014
   Job Title:  Industrial Hygienist

4. Plaintiff was exposed to asbestos during portions of his service in the U.S. Army and his employment for the Philadelphia Naval Shipyard. Plaintiff was also exposed to asbestos performing motor vehicle and home improvement work. Discovery and investigation is continuing as to whether the plaintiff was exposed to asbestos in any other occupational settings or non-occupational settings.

5. Defendant, Ford Motor Company, is a corporation qualified to do business, and regularly conducts business, in the Commonwealth of Pennsylvania, as well as in Philadelphia County, and can be served in Pennsylvania through its registered agent, C.T. Corporation Systems, 600 N. 2nd Street, Suite 401, Harrisburg, PA 17101. Defendant, Ford Motor Company, manufactured, produced, sold, and/or supplied, either directly or indirectly, asbestos-containing products and/or vehicles or other equipment calling for the use of asbestos-containing products

Case ID: 171203217

including, but not limited to, asbestos-containing friction products such as brakes, clutches, and/or gaskets, to which the plaintiff was exposed while performing, assisting, and/or working in the vicinity of motor vehicle work.

6. Plaintiff was diagnosed on or about November 18, 2016, as suffering from pulmonary asbestosis. Plaintiff suffers from pulmonary impairment and disability causally related to asbestos exposure and asbestos disease with symptoms, including but not limited to, shortness of breath.

7. A claim for lost wages is being asserted at this time.

NASS CANCELLIERE BRENNER

BY: _____
EDWARD M. NASS
Attorneys for Plaintiffs

Case ID: 171203217

## VERIFICATION

Edward M. Nass, Esquire hereby states that he is the attorney for the plaintiff in this action, and that he makes this verification on behalf of the plaintiff herein, being authorized to do so, and verifies that the facts contained in the foregoing Civil Action- Complaint are true and correct to the best of his knowledge, information and belief. The undersigned understands that the statements herein are made subject to the penalties of 18 Pa.C.S. Sec. 4904 relating to unsworn falsification to authorities.

DATE: 12/21/17                         _____
                                              EDWARD M. NASS

Case ID: 171203217

# IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
# FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
# TRIAL DIVISION - CIVIL

| | |
|---|---|
| BRADLEY ETAL VS HONEYWELL INTERNATIONAL, INC. ETAL | 2017 TERM DECEMBER<br><br>No. 03217 |

## IN RE: ASBESTOS LITIGATION - OCTOBER TERM 1986, NO. 0001

## MASTER CASE MANAGEMENT ORDER FOR ASBESTOS-RELATED PERSONAL INJURY CLAIMS

It is the goal of this Court to secure the just, expeditious and cost-effective determination of each personal injury case involving exposure to asbestos or asbestos-containing products pending or hereafter filed in the Court of Common Pleas of Philadelphia County to eliminate duplication of effort, prevent unnecessary paperwork and promote judicial economy.

In order to achieve these objectives, this 1st day of December, 2010, the Court enters the following Case Management Order for personal injury cases involving exposure to asbestos or asbestos-containing products.

This Case Management Order supersedes all prior Case Management Orders entered in the Asbestos Litigation and shall apply to all cases currently pending and hereafter filed in this Court.

### I. PLEADINGS
   A.   Short Form Complaints

A Short Form Complaint shall be filed and served in every case in accordance with the Pennsylvania Rules of Civil Procedure. Plaintiffs may incorporate by reference the Master Long Form Complaints filed on the above-captioned docket.

The Short Form Complaint shall contain the information required by Philadelphia Civil Rule *1019.1(B), to the extent consistent with the Pennsylvania Rules of Civil Procedure.

A Short Form Complaint that contains premises liability claims shall include the name and address of each work site in which the plaintiff alleges exposure to asbestos and the dates during which the plaintiff or the decedent worked at each such work site.

   B.   Preliminary Objections

In response to each Short Form Complaint, the defendant may file preliminary objections, if deemed appropriate, in accordance with the Pennsylvania Rules of Civil Procedure and Philadelphia Civil Rule *1028. The preliminary objections shall be filed in letter brief format rather than motion package format. Its caption must specify "Asbestos Litigation" and name opposing counsel. Facts, issues and pertinent case law should be included. Each motion must include a proposed order.

   C.   Answers to Complaints

Defendant's answers to complaints are governed by Rule 1041.1 of the Pennsylvania Rules of Civil Procedure.

## II. GIFFEAR DOCKET

Cases that do not state a valid claim pursuant to Giffear v. Johns-Manville Corp., 632 A.2d 880 (Pa.Super. 1993), aff'd sub nom. Simmons v. Pacor, Inc., 674 A.2d 232 (Pa.1996), shall be placed on an inactive docket.

To reactivate a case which has been discontinued pursuant to Giffear, a Motion to Reactivate must be filed and include all necessary medical reports supporting said motion. The motion shall be filed in letter brief format consistent with the Mass Tort Motion procedures.

## III. DISCOVERY

The following deadlines shall apply for the completion of discovery and the exchange of expert reports:

180 Days prior to jury selection-

Plaintiffs shall serve answers to Defendants' Master Interrogatories and Requests for Production Directed to Plaintiffs, including information relating to Bankruptcy Trust Filings.

Plaintiffs shall forward the identification of all health care providers along with addresses to defense counsel and RecordTrak.

Plaintiffs shall forward HIPAA compliant authorizations signed by plaintiffs to RecordTrak.

120 days prior to jury selection-

Plaintiffs shall serve medical, economic and liability expert reports.

Plaintiffs shall produce to lead defense counsel all diagnostic materials in the possession of plaintiffs or their counsel and all diagnostic material reviewed by plaintiffs' experts. This includes, but is not limited to, x-rays, CT scans, pathology and cytology.

Plaintiffs shall serve product identification witness lists identifying the defendants the witnesses are expected to identify.

100 days prior to jury selection-- Completion of plaintiffs' depositions.

90 days prior to jury selection-- Completion of all co-worker depositions.

45 days prior to jury selection-- Defendants shall serve medical and economic expert reports.

10 days prior to jury selection--Defendants shall serve expert liability reports.

## IV. STIPULATIONS OF DISMISSAL

1. If a plaintiff has agreed to stipulate to the dismissal of a defendant, the defendant (hereinafter the "Stipulated Defendant") shall prepare a Stipulation of Dismissal.
2. The Stipulated Defendant shall circulate the Stipulation of Dismissal to all defense

counsel by letter, stating that any party has ten (10) days from the date of the letter to object to the dismissal of the Stipulated Defendant.

3. If a party objects to the dismissal of the Stipulated Defendant, the objecting party shall notify the Stipulated Defendant in writing of the basis for the objection.

4. If, after the expiration of the ten (10) day period, no objections are received by the Stipulated Defendant, the Stipulation of Dismissal may be electronically filed with the Court as unopposed.

5. The package electronically filed with the Court shall include the signed Stipulation of Dismissal and a cover letter stating no objections have been raised within the ten (10) day period.

6. Service of the Court-approved Stipulation of Dismissal shall be effectuated via the Court's electronic filing system on all parties of record.

## V. MOTION PRACTICE AND PROCEDURE

All summary judgment motions shall be filed in accordance with the Revised Asbestos Summary Judgment Motion Procedures, a copy of which is attached hereto. In addition, to prevent the filing of unnecessary motions, five (5) days prior to the deadline for filing summary judgment motions (or 85 days prior to jury selection) Plaintiffs' counsel are to serve upon all parties to a case, a 'Dismissal Letter' indicating all defendants which Plaintiff will voluntarily dismiss from that case.

All other motions, including motions for *forum non conveniens*, motions to amend complaints, motions to compel, motions to enforce settlements, etc., shall be filed in accordance with the Revised Mass Tort Motion Procedures, a copy of which is attached hereto.

## VI. TRIAL SCHEDULING

The dates for all scheduled trials will be published each Monday in The *Legal Intelligencer*.

## VII. DEADLINES FOR CASES THAT MOVE TO NEW TRIAL GROUPS

If any case is moved, with the consent of the Court, from its original trial group to a later trial group, all discovery and motions deadlines for the later group will apply. Any summary judgment motions filed prior to moving the case will be considered moot and must be re-filed in accordance with the deadlines for the group to which the case has been moved, except for cases where the motion deadline for the new group has already passed at the time the case is moved. For those cases, motions will remain open and <u>need not</u> be re-filed. Those motions remaining open shall be decided by the Coordinating Judge in accordance with the deadlines for the new group.

## VIII. CALL OF THE LIST

A brief call of the asbestos list will be conducted every Monday at 11:00 a.m. The Court will conduct general asbestos business and call those cases listed for trial for the following month. Knowledgeable representatives of each party involved in the next month's scheduled trials shall attend.

A meeting of the Asbestos Kitchen Cabinet will be conducted on the first Monday of each month, following the call of the list.

## IX. SANCTIONS

Failure to comply with any deadlines set forth in the Case Management Order may result in the imposition of appropriate sanctions, including dismissal.

BY THE COURT:

ARNOLD L. NEW
TEAM LEADER

**McSHEA LAW FIRM, P.C.**
BY:   John P. McShea
Pa. Attorney I.D. No. 34562
Centre Square, West Tower
1500 Market Street, 40th Floor
Philadelphia, PA  19102
215-599-0800

Attorneys for Defendants
CBS Corporation and General
Electric Company

| KENNETH E. BRADLEY and KATHLEEN BRADLEY, <br><br> Plaintiffs, <br><br> v. <br><br> CBS CORPORATION and GENERAL ELECTRIC CO., *et al.*, <br><br> Defendants. | COURT OF COMMON PLEAS PHILADELPHIA COUNTY <br><br> DECEMBER TERM, 2017 NO. 3217 <br><br> ASBESTOS CASE |
|---|---|

## NOTICE OF FILING NOTICE OF REMOVAL

TO THE OFFICE OF JUDICIAL RECORDS
    and
PLAINTIFFS, KENNETH E. BRADLEY AND KATHLEEN BRADLEY,
BY AND THROUGH THEIR ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that on June 6, 2019, defendants CBS Corporation and General Electric Company filed a Notice of Removal with the United States District Court for the Eastern District of Pennsylvania to remove the above-captioned action from the Court of Common Pleas of Philadelphia County, Pennsylvania to the United States District Court for the Eastern District of Pennsylvania.

You are also advised that a copy of the Notice of Removal (without exhibits) is attached hereto as **Exhibit A**

Respectfully submitted,

*/s/ John P. McShea*

John P. McShea
McSHEA LAW FIRM, P.C.
Centre Square, West Tower
1500 Market Street, 40th Floor
Philadelphia, PA  19102
215-599-0800

Attorneys for Defendants
CBS Corporation and
General Electric Company
